IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIEN WITHERSPOON,<br><br>Defendant. | 1:08-cr-00204 OWW<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Damien Witherspoon.

Dated: July 18 , 2008              /s/ OLIVER W. WANGER
                                              Oliver W. Wanger
                                              U.S. District Judge

1